AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | | |
|---|---|---|
| Jessie Wilson | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 1:12-cv-922 |
| D&N Masonry, Inc., et al., | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* D&N Masonry, Inc.
C/O DEAN E. HINES, S.A.
7950 CLYO ROAD
CENTERVILLE, OH 45459

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Ryan K. Hymore
Mangano Law Offices Co., LPA
3805 Edwards Road, Suit 550
Cincinnati, Ohio 45209

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 12/3/12

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | | |
|---|---|---|
| Jessie Wilson | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 1:12-cv-922 |
| D&N Masonry, Inc., et al., | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Cathy DeBello
8463 RED LION-FIVE POINTS RD
SPRINGBORO, OH 45066

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Ryan K. Hymore
Mangano Law Offices Co., LPA
3805 Edwards Road, Suit 550
Cincinnati, Ohio 45209

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 12/3/12

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | | |
|---|---|---|
| Jessie Wilson | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:12-cv-922 |
| D&N Masonry, Inc., et al., | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Don DeBello
8463 RED LION-FIVE POINTS RD
SPRINGBORO, OH 45066


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ryan K. Hymore
Mangano Law Offices Co., LPA
3805 Edwards Road, Suit 550
Cincinnati, Ohio 45209


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


CLERK OF COURT

Date: 12/3/12

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | | |
|---|---|---|
| Jessie Wilson | ) | |
| *Plaintiff* | ) ) | |
| v. | ) | Civil Action No. 1:12-cv-922 |
| D&N Masonry, Inc., et al., | ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Nick DeBello
8463 RED LION-FIVE POINTS RD
SPRINGBORO, OH 45066

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Ryan K. Hymore
Mangano Law Offices Co., LPA
3805 Edwards Road, Suit 550
Cincinnati, Ohio 45209

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 12/3/12

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | | |
|---|---|---|
| Jessie Wilson | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 1:12-cv-922 |
| D&N Masonry, Inc., et al., | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Venture One Construction, Inc.
3883 Virginia Avenue
Cincinnati, Ohio 45227

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Ryan K. Hymore
Mangano Law Offices Co., LPA
3805 Edwards Road, Suit 550
Cincinnati, Ohio 45209

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 12/3/12

*Signature of Clerk or Deputy Clerk*