UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

Jessie Wilson                                              Case No.: 1:12-cv-922-TSB

      Plaintiff(s),

Vs.

**D&N Masonry, Inc., et al.**

      Defendant(s).

### CERTIFICATE OF MAILING

A complaint and summons have been sent on this date via certified mail by the Clerk, pursuant to the request of counsel for the plaintiff in this matter.

The certified mail receipts are attached to reflect service upon defendants **D&N Masonry, Inc., Don DeBello, Nick DeBello, and Cathy DeBello.**

                                                    JOHN P. HEHMAN, CLERK

DATE: January 4, 2013                           BY: s/Tempann Thomas
                                                                       Deputy Clerk

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

Tracking: 7010 3090 0001 9797 7659

1:12-CV-922-TSB

Sent To: DFN Masonry Inc. c/o Dean Hines
Street: 7950 Clyo Rd.
City, State, ZIP+4: Centerville OH 45459

PS Form 3800, August 2006

## Receipt 2 (top-right)

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

Tracking: 7010 3090 0001 9797 7642

1:12-CV-922

Sent To: Don DeBello
Street: 8463 Red Lion Five Points Rd
City, State, ZIP+4: Springboro OH 45066

PS Form 3800, August 2006

## Receipt 3 (bottom-left)

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

Tracking: 7010 3090 0001 9797 7628

1:12-CV-922

Sent To: Nick DeBello
Street: 8463 Red Lion-5 Points Rd.
City, State, ZIP+4: Springboro OH 45066

PS Form 3800, August 2006

## Receipt 4 (bottom-right)

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

Tracking: 7010 3090 0001 9797 7635

1:12-CV-922

Sent To: Cathy DeBello
Street: 8463 Red Lion Five Points Rd
City, State, ZIP+4: Springboro OH 45066

PS Form 3800, August 2006