| SENDER: **COMPLETE THIS SECTION** | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  James Wright ☐ Agent<br>X   CT Corporation System ☐ Addressee<br>B. Received by (Printed Name) 1300 East 9th Street  C. Date of Delivery<br>Cleveland, Ohio 44114<br>D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below: |
| 1. Article Addressed to:<br><br>Platte River Insurance Co.<br>c/o CT Corporation System, S.A.<br>1300 East Ninth Street<br>Suite 1010<br>Cleveland, OH 44114<br><br>Case No. 1:12-cv-922   Rule 4.2 | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7010 3090 0001 5409 0186 |
| PS Form 3811, February 2004 | Domestic Return Receipt | 102595-02-M-1540 |