THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JESSIE WILSON,　　　　　　　　　　　Case Number: 1:12-cv-922

　　　　Plaintiff,　　　　　　　　　　**Judge Timothy S. Black**

vs.

**D&N MASONRY, INC.,** *et al.*,

　　　　Defendants.

---

### ENTRY OF DEFAULT

---

It appearing that Defendant **D&N MASONRY, INC.** is in default, having failed to comply with this Court's Order in this case as required by law.

**NOW THEREFORE**, in accordance with Rule 55(a) of the Federal Rules of Civil Procedure, default is hereby entered against the defendant **D&N MASONRY, INC.** this 5th day of November, 2013. Plaintiff is noticed to seek default judgment within 21 days.

**JOHN P. HEHMAN, CLERK**

By: *s/ M. Rogers*
Deputy Clerk