IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**JESSIE WILSON,**  Case Number: 1:12-cv-922

    Plaintiff,  **Judge Timothy S. Black**

vs.

**D&N MASONRY,** *et al.*,

    Defendants.

_____

### ENTRY OF DEFAULT
_____

It appearing that Defendants Don DeBello, Nick DeBello and Cathy DeBello are in default, having failed to plead or otherwise defend in this cause as required by law.

THEREFORE, in accordance with Rule 55(a) of the Federal Rules of Civil Procedure, default is hereby entered against the defendants this 6th day of November, 2013.  Plaintiff is noticed to seek default judgment within 21 days.

**JOHN P. HEHMAN, CLERK**

By: *s/ M. Rogers*
Deputy Clerk