**Mangano Law Offices Co., L.P.A.**  
2245 Warrensville Center Road  
Suite 213  
Cleveland, OH 44118

**For Legal Services**

**Invoice #:** 6802  
**Invoice Date:** 3/21/2013  
**Due Date:** 3/21/2013

**Bill To:**

Jessie Wilson  
148 Martz St  
Dayton OH 45403

D&N Masonry W&H

| Date | Description | Item | Hours/Qty | U/M | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/28/2012 | Prepared FOIA request to Pike County Kentucky Fiscal Court re: EQT Scott Fork job and to State of WV re: Withrow Hospital job; Conferred with client re: hours worked on Marietta and Withrow job | RKH | 1.0 | | 300.00 | 300.00 |
| 11/29/2012 | Prepared for and attended client meeting in Dayton, Ohio, including review of claims and documents | RKH | 1.5 | | 300.00 | 450.00 |
| 11/30/2012 | Prepared and processed motion for leave to proceed in forma pauperis, complaint, and associated initiating documents | RKH | 3.0 | | 300.00 | 900.00 |
| 12/3/2012 | Prepared and processed service waivers and notices of service | RKH | 1.1 | | 300.00 | 330.00 |
| 12/4/2012 | Prepared strategy related to discovery and/or depositions related to office manager Chris Linneman (.1); | RKH | 0.1 | | 300.00 | 30.00 |
| 12/6/2012 | Conferred with Clerk's Office and Case Manager re: U.S. Marshall service order | RKH | 0.2 | | 300.00 | 60.00 |
| 12/6/2012 | Prepared and processed motion to vacate order directing US Marshal service | RKH | 0.6 | | 300.00 | 180.00 |
| 12/19/2012 | Travel to and examine D&N Masonry headquarters, including inventory of equipment and materials on site (.3); Conferred with Tom Cannon (bricklayers local 55) and Dave Wondolowski (bricklayers local 5) re: pending D&N projects for purposes of attachment (.3) | RKH | 0.6 | | 300.00 | 180.00 |
| 12/19/2012 | E-mail and phone correspondence with 'Gregg Hothem' regarding RE: Prevailing Wage Cases Against D&N Masonry | RKH | 0.1 | | 300.00 | 30.00 |

**Balance Due**

Page 1

**Mangano Law Offices Co., L.P.A.**  
2245 Warrensville Center Road  
Suite 213  
Cleveland, OH 44118

# For Legal Services

**Invoice #:** 6802  
**Invoice Date:** 3/21/2013  
**Due Date:** 3/21/2013

**Bill To:**

Jessie Wilson  
148 Martz St  
Dayton OH 45403

D&N Masonry W&H

| Date | Description | Item | Hours/Qty | U/M | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/31/2012 | Examined notice of appearance of Venture One counsel | RKH | 0.1 | | 300.00 | 30.00 |
| 1/3/2013 | Prepared and processed Venture One waiver of service | RKH | 0.1 | | 300.00 | 30.00 |
| 1/3/2013 | Prepared formal service documents for Rule 4.2 service upon Don, Nick, and Cathy DeBello as well as D&N Masonry (1.2); Researched case law re: failure to waive service and consequences (1.0) | RKH | 2.2 | | 300.00 | 660.00 |
| 1/15/2013 | Correspondence with Venture One counsel re: potential settlement | RKH | 0.1 | | 300.00 | 30.00 |
| 1/25/2013 | Conferred with Venture One counsel re: settlement | RKH | 0.1 | | 300.00 | 30.00 |
| 1/31/2013 | Examined stipulated extension; Conferred with counsel re: same | RKH | 0.1 | | 300.00 | 30.00 |
| | | Reimb Group | | | | |
| 12/31/2012 | 12-3-12 Postage for Service Waivers - Wilson v. D&N Masonry | | | | 3.85 | 3.85 |
| 1/31/2013 | 1/3/13 Wilson v. D&N - Formal Service Fees for Cathy, Nick, Don, and D&N | | | | 24.60 | 24.60 |
| | Total Reimbursable Expenses | | | | | 28.45 |

**Balance Due**     $3,298.45