**Mangano Law Offices Co., L.P.A.**  
2245 Warrensville Center Road  
Suite 213  
Cleveland, OH 44118

# For Legal Services

**Invoice #:** 7672  
**Invoice Date:** 12/23/2013  
**Due Date:** 12/23/2013

**Bill To:**

Jessie Wilson  
148 Martz St  
Dayton OH 45403

D&N Masonry W&H

| Date | Description | Item | Hours/Qty | U/M | Rate | Amount |
|---|---|---|---|---|---|---|
| 3/12/2013 | Examined determinations on Marysville projects, formulating pleading supplementation | RKH | 0.1 | | 300.00 | 30.00 |
| 3/13/2013 | Site inspection to support pre-judgment attachment motion (.3); Conferred with client and commerce department re: right-to-sue letter (.1) | RKH | 0.4 | | 300.00 | 120.00 |
| 3/15/2013 | Conferred with opposing counsel re: supplemental pleading motion and 26(f) Conference | RKH | 0.1 | | 300.00 | 30.00 |
| 3/18/2013 | Prepared first and second drafts of 26(f) report, including correspondence and telephone conference re: same (1.5); Conferred with Venture One re: settlement (.3); Conferred with AAG Cleary re: ODOC suit (.2) | RKH | 2.0 | | 300.00 | 600.00 |
| 3/19/2013 | Conferred with Steve Clegg, ODOC Bureau Chief re: determinations | RKH | 0.2 | | 300.00 | 60.00 |
| 3/21/2013 | Prepared settlement correspondence | RKH | 0.1 | | 300.00 | 30.00 |
| 3/22/2013 | Prepared and processed final 26(f) report | RKH | 0.2 | | 300.00 | 60.00 |
| 3/29/2013 | Prepared for and attended pre-trial status conference (.8); Prepared settlement demands (.3); Prepared and processed notice of filing of right to sue letter (.2) | RKH | 1.3 | | 300.00 | 390.00 |
| 4/5/2013 | Prepared settlement correspondence to Venture One counsel (.1); Conferred with Bricklayer rep re: potential attachment of Immel construction proceeds and research re: same (.3) | RKH | 0.4 | | 300.00 | 120.00 |
| 4/9/2013 | Prepared first draft of venture One settlement | RKH | 0.8 | | 300.00 | 240.00 |
| 4/10/2013 | Intra-office conference concerning PJA | JJG | 0.3 | | 300.00 | 90.00 |

**Balance Due**

**Mangano Law Offices Co., L.P.A.**
2245 Warrensville Center Road
Suite 213
Cleveland, OH 44118

# For Legal Services

Invoice #: 7672
Invoice Date: 12/23/2013
Due Date: 12/23/2013

**Bill To:**

Jessie Wilson
148 Martz St
Dayton OH 45403

D&N Masonry W&H

| Date | Description | Item | Hours/Qty | U/M | Rate | Amount |
| --- | --- | --- | --- | --- | --- | --- |
| 4/10/2013 | Draft/revise Motion for Pre-Judgment Attachment. | BMM | 1.9 | | 300.00 | 570.00 |
| 4/10/2013 | Conferred with Steve Ruble, WV Bricklayers re: upcoming projects in Mercer County, WV as support for attachment motion (.1); Prepared FOIA request to WV public authorities re: project identification (.1) | RKH | 0.2 | | 300.00 | 60.00 |
| 4/10/2013 | Revised attachment motion | RKH | 0.2 | | 300.00 | 60.00 |
| 4/11/2013 | Examined revised draft of Venture One settlement, including discussions with Venture One counsel re: same | RKH | 0.2 | | 300.00 | 60.00 |
| 4/12/2013 | Prepared and processed final draft of ex parte motion for prejudgment and affidavit (1.7); Researched case law re: requirements for ex parte order of attachment (.3) | RKH | 2.0 | | 300.00 | 600.00 |
| 4/23/2013 | Prepared for and attending meeting with client to execute settlement agreement (.5); Prepared and processed motion to dismiss claims against Venture One (.4) | RKH | 0.9 | | 300.00 | 270.00 |
| 4/25/2013 | Researched Legacy pending Columbus contracts for attachment purposes | RKH | 0.3 | | 300.00 | 90.00 |
| 4/25/2013 | Prepared and processed motion for attorney's fees and costs under Rule 4(d) | RKH | 2.2 | | 300.00 | 660.00 |
| 4/29/2013 | Correspondence with client re: Venture One settlement (.2); Researched Legacy Columbus project information for potential pre-judgment attachment (.2); Conferred with Ohio and West Virginia Bricklayers Union reps re: pending projects for attachment (.2) | RKH | 0.6 | | 300.00 | 180.00 |

**Balance Due**

**Mangano Law Offices Co., L.P.A.**  
2245 Warrensville Center Road  
Suite 213  
Cleveland, OH 44118

**For Legal Services**

**Invoice #:** 7672  
**Invoice Date:** 12/23/2013  
**Due Date:** 12/23/2013

**Bill To:**

Jessie Wilson  
148 Martz St  
Dayton OH 45403

D&N Masonry W&H

| Date | Description | Item | Hours/Qty | U/M | Rate | Amount |
|---|---|---|---|---|---|---|
| 5/9/2013 | Prepared and processed Jarrett subpoena, including notice of service of same | RKH | 1.0 | | 300.00 | 300.00 |
| 5/13/2013 | Fax correspondence with Cincinnati Office of the US Department of Labor regarding FOIA re: determinations of violation | RKH | 0.3 | | 300.00 | 90.00 |
| 5/15/2013 | E-mail correspondence with chaikin.karen@dol.gov regarding FOIA Request (Case ID Nos. 1602895 and 1587168) to obtain documents responsive to FLSA investigations | RKH | 0.2 | | 300.00 | 60.00 |
| 5/15/2013 | Fax correspondence regarding Jarrett Subpoena, serving courtesy copy of same upon Jarrett headquarters | RKH | 0.2 | | 300.00 | 60.00 |
| 5/16/2013 | Prepared draft first amended complaint including West Virginia Wage Bond claim | RKH | 0.9 | | 300.00 | 270.00 |
| 5/16/2013 | Examined W.Va. wage bond (.1); Conferred with W.Va. Department of Labor re: same (.2); Prepared strategy to collect on same (.3); Prepared and processed claim against bond (.2) | RKH | 0.8 | | 300.00 | 240.00 |
| 5/21/2013 | Examined Order to Show Cause | RKH | 0.1 | | 300.00 | 30.00 |
| 5/21/2013 | Review order requiring defendant to show cause; intra-office conference concerning same | JJG | 0.1 | | 300.00 | 30.00 |
| 5/21/2013 | Prepared and processed motion for leave to file first amended complaint (1.8); Prepared final draft of first amended complaint (.3); Prepared and processed proposed order and email to chambers re: same (.3) | RKH | 2.4 | | 300.00 | 720.00 |
| 5/22/2013 | E-mail correspondence with Scott G. Oxley regarding RE: settlement | RKH | 0.1 | | 300.00 | 30.00 |

**Balance Due**

**Mangano Law Offices Co., L.P.A.**  
2245 Warrensville Center Road  
Suite 213  
Cleveland, OH 44118

**For Legal Services**

Invoice #: 7672  
Invoice Date: 12/23/2013  
Due Date: 12/23/2013

**Bill To:**

Jessie Wilson  
148 Martz St  
Dayton OH 45403

D&N Masonry W&H

| Date | Description | Item | Hours/Qty | U/M | Rate | Amount |
|---|---|---|---|---|---|---|
| 5/23/2013 | E-mail correspondence with Scott G. Oxley regarding Re: settlement | RKH | 0.1 | | 300.00 | 30.00 |
| 5/23/2013 | E-mail correspondence with Lisa Stalnaker regarding Re: D&N Masonry Jarrett responsive records (.1); Examined Jarrett responsive records (.3) | RKH | 0.4 | | 300.00 | 120.00 |
| 5/23/2013 | E-mail correspondence with 'bjenks@capitol.net' regarding FW: West Virginia Wage Bond Claim, including documents supporting claim (.4); Telephone correspondence with B. Jenks re: claims (.1) | RKH | 0.3 | | 300.00 | 90.00 |
| 5/24/2013 | E-mail correspondence with 'Scott G. Oxley' regarding RE: settlement | RKH | 0.1 | | 300.00 | 30.00 |
| 5/24/2013 | Examined response to show cause order, formulating reply to same | RKH | 0.5 | | 300.00 | 150.00 |
| 5/28/2013 | Formulated Speedy Pay Act claim and argument that an additional $200 is owed for all wages unpaid after 30 days from close of payweek under R.C. 4113.15 | RKH | 0.3 | | 300.00 | 90.00 |
| 5/30/2013 | Examined W Va wage bond proof of claim form | RKH | 0.2 | | 300.00 | 60.00 |
| 6/5/2013 | Prepared and processed Candor subpoena for service | RKH | 0.6 | | 300.00 | 180.00 |
| 6/5/2013 | E-mail correspondence with 'stevew@candorgc.com' regarding Candor Subpoena (.1); Prepared and processed notice of service of subpoena upon Candor (.3) | RKH | 0.4 | | 300.00 | 120.00 |
| 6/5/2013 | Prepared Candor Subpoena for service | RKH | 0.3 | | 300.00 | 90.00 |
| 6/7/2013 | Examined wage and hour findings related to overtime, formulating supplemental affidavit strategy | RKH | 0.3 | | 300.00 | 90.00 |

**Balance Due**

**Mangano Law Offices Co., L.P.A.**  
2245 Warrensville Center Road  
Suite 213  
Cleveland, OH 44118

# For Legal Services

**Invoice #:** 7672  
**Invoice Date:** 12/23/2013  
**Due Date:** 12/23/2013

**Bill To:**

Jessie Wilson  
148 Martz St  
Dayton OH 45403

D&N Masonry W&H

| Date | Description | Item | Hours/Qty | U/M | Rate | Amount |
|---|---|---|---|---|---|---|
| 6/7/2013 | E-mail correspondence with Steve Winesett regarding Re: Candor Subpoena | RKH | 0.1 | | 300.00 | 30.00 |
| 6/7/2013 | E-mail correspondence with Steve Winesett regarding Re: subpoena | RKH | 0.1 | | 300.00 | 30.00 |
| 6/12/2013 | Various E-mail correspondence with Steve Winesett regarding Candor subpoena documents (.2); Examined documents produced in response to same (.3) | RKH | 0.5 | | 300.00 | 150.00 |
| 6/18/2013 | Prepared and processed correspondence to court enclosing a proposed order granting leave to file an amended complaint | RKH | 0.1 | | 300.00 | 30.00 |
| 6/18/2013 | Prepared and processed first amended complaint and examined notation order permitting same | RKH | 0.3 | | 300.00 | 90.00 |
| 6/19/2013 | Prepared and processed first amended complaint and Rule 4.2 service upon new party defendant Platte River | RKH | 0.8 | | 300.00 | 240.00 |
| 6/20/2013 | Intra-office conference concerning moving for reconsideration of unreasonably reduced fee award | JJG | 0.3 | | 300.00 | 90.00 |
| 6/20/2013 | Examined order on motion for fees (.1); Formulated withdrawal of pre-judgment attachment motion and re-filing of same given new information (.2) | RKH | 0.3 | | 300.00 | 90.00 |
| 6/21/2013 | Researched service upon Platte River and updated docket re: same | RKH | 0.1 | | 300.00 | 30.00 |
| 6/26/2013 | Researched Chris Linneman contact information and considered proper method to speak with potential witness, whether by deposition or otherwise | RKH | 0.2 | | 300.00 | 60.00 |

**Balance Due**

**Mangano Law Offices Co., L.P.A.**  
2245 Warrensville Center Road  
Suite 213  
Cleveland, OH 44118

# For Legal Services

**Invoice #:** 7672  
**Invoice Date:** 12/23/2013  
**Due Date:** 12/23/2013

**Bill To:**

Jessie Wilson  
148 Martz St  
Dayton OH 45403

D&N Masonry W&H

| Date | Description | Item | Hours/Qty | U/M | Rate | Amount |
|---|---|---|---|---|---|---|
| 7/16/2013 | Telephone and email correspondence with counsel for wage bond re: claims and settlement | RKH | 0.4 | | 300.00 | 120.00 |
| 7/30/2013 | Prepared for and attended status update conference | RKH | 0.7 | | 300.00 | 210.00 |
| 7/31/2013 | Examined Platte's Answer to Amended Complaint | RKH | 0.2 | | 300.00 | 60.00 |
| 8/8/2013 | Researched potential new entity Prime Masonry Construction as potential successor or alter ego (1.0); Prepared and processed notice of service of subpoena upon Prime Masonry Constructon (.3) | RKH | 1.3 | | 300.00 | 390.00 |
| 8/9/2013 | Prepared and processed service of subpoena duces tecum directed to Prime Masonry | RKH | 0.2 | | 300.00 | 60.00 |
| 8/14/2013 | Email and telephone correspondence with Barbara Gandy, WV Division of Labor, re: wage bonds and how to collect upon same, including suggestion/garnishment/attachment orders | RKH | 0.9 | | 300.00 | 270.00 |
| 8/16/2013 | Prepared and processed motion for pre-judgment attachment, including proposed order | RKH | 2.3 | | 300.00 | 690.00 |
| 8/16/2013 | Prepared for and attended telephone status conference | RKH | 0.5 | | 300.00 | 150.00 |
| 8/16/2013 | E-mail correspondence with Proposed Garnishees 'Barbara.L.Gandy@wv.gov'; 'Steve Winesett' regarding FW: Activity in Case 1:12-cv-00922-TSB Wilson v. D&N Masonry, Inc. et al Motion for Order to | RKH | 0.2 | | 300.00 | 60.00 |
| 8/19/2013 | Researched Prime Masonry projects, including WalMart in Columbus, Ohio | RKH | 0.4 | | 300.00 | 120.00 |

**Balance Due**

**Mangano Law Offices Co., L.P.A.**
2245 Warrensville Center Road
Suite 213
Cleveland, OH 44118

# For Legal Services

**Invoice #:** 7672
**Invoice Date:** 12/23/2013
**Due Date:** 12/23/2013

**Bill To:**

Jessie Wilson
148 Martz St
Dayton OH 45403

D&N Masonry W&H

| Date | Description | Item | Hours/Qty | U/M | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/19/2013 | Prepared update correspondence to client re: upcoming hearing and status | RKH | 0.3 | | 300.00 | 90.00 |
| 8/19/2013 | Prepared and processed motion to compel compliance with subpoena directed to Prime (1.0); Prepared and processed proposed order (.1) | RKH | 1.1 | | 300.00 | 330.00 |
| 8/19/2013 | Examined notation order setting hearing on pre-judgment attachment motion, updating calendar re: same | RKH | 0.1 | | 300.00 | 30.00 |
| 8/19/2013 | Research re: pending projects by potential successor Prime Masonry, including Big Lots in Huber Heights (.3); Prepared records request for permits associated with Big Lots Project (.1) | RKH | 0.4 | | 300.00 | 120.00 |
| 8/20/2013 | E-mail correspondence with Amy Mangano regarding service of Subpoena upon DDR Corp. | RKH | 0.1 | | 300.00 | 30.00 |
| 8/20/2013 | Email correspondence with Bill Blancato - counsel for Candor - re: personal jurisdiction over Candor vis-a-vis attachment order (.1); Researched case law re: personal jurisdiction, minimum contacts, ability of attachment orders to cross state lines, and alternative measures such as injunctions and constructive trusts (1.8)); Prepared outline of arguments for potential objection and telephone call with Candor's counsel (.2) | RKH | 2.1 | | 300.00 | 630.00 |
| 8/20/2013 | E-mail correspondence with 'Barbara.L.Gandy@wv.gov' re: upcoming attachment hearing | RKH | 0.1 | | 300.00 | 30.00 |

**Balance Due**

**Mangano Law Offices Co., L.P.A.**
2245 Warrensville Center Road
Suite 213
Cleveland, OH 44118

# For Legal Services

**Invoice #:** 7672
**Invoice Date:** 12/23/2013
**Due Date:** 12/23/2013

**Bill To:**

Jessie Wilson
148 Martz St
Dayton OH 45403

D&N Masonry W&H

| Date | Description | Item | Hours/Qty | U/M | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/20/2013 | E-mail correspondence with Steve Winesett regarding answering proposed garnishment order | RKH | 0.3 | | 300.00 | 90.00 |
| 8/20/2013 | E-mail correspondence with 'Bill@DRBAttorneys.com' regarding Candor Construction - Wilson v. D&N Masonry, Inc. Pre-Judgment Attachment | RKH | 0.1 | | 300.00 | 30.00 |
| 8/21/2013 | Examined Order to Show Cause directed to Prime Masonry | RKH | 0.1 | | 300.00 | 30.00 |
| 8/21/2013 | E-mail correspondence with 'Dean Hines' regarding Subpoena and order to show cause | RKH | 0.1 | | 300.00 | 30.00 |
| 8/21/2013 | Prepared and processed Sheetz subpoena | RKH | 0.5 | | 300.00 | 150.00 |
| 8/21/2013 | E-mail correspondence with Foster, Jason (Huber Heights Permits) regarding RE: Permit - Request for Information - 5545 Executive Boulevard - Big Lots Project as potential source for attachment | RKH | 0.2 | | 300.00 | 60.00 |
| 8/21/2013 | E-mail correspondence with 'aschaeffer@pselaw.com' regarding FW: Permit - Request for Information - 5545 Executive Boulevard - Big Lots project attachment | RKH | 0.1 | | 300.00 | 30.00 |
| 8/22/2013 | Prepared and processed notice of service of Sheetz and Bg Lots subpoenas | RKH | 0.3 | | 300.00 | 90.00 |
| 8/22/2013 | Various e-mail and phone correspondence with 'bill@drbattorneys.com' regarding Candor proposed D&N attachment order | RKH | 0.8 | | 300.00 | 240.00 |

**Balance Due**

**Mangano Law Offices Co., L.P.A.**
2245 Warrensville Center Road
Suite 213
Cleveland, OH 44118

# For Legal Services

Invoice #: 7672
Invoice Date: 12/23/2013
Due Date: 12/23/2013

**Bill To:**

Jessie Wilson
148 Martz St
Dayton OH 45403

D&N Masonry W&H

| Date | Description | Item | Hours/Qty | U/M | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/22/2013 | E-mail and phone correspondence with 'Rodgers, Anthony' regarding RE: Public Records Request - Huber Heights - permit for Big Lots construction for purposes of attachment of assets | RKH | 0.1 | | 300.00 | 30.00 |
| 8/23/2013 | E-mail correspondence with 'Steve Winesett' regarding answer of PROPOSED garnishment order (.2); Prepared and processed answer of garnishee Candor for court filing (.1) | RKH | 0.3 | | 300.00 | 90.00 |
| 8/26/2013 | E-mail correspondence with 'Weiss, Renee' regarding FW: Activity in Case 1:12-cv-00922-TSB Wilson v. D&N Masonry, Inc. et al Notice of Withdrawal of Document (.1); Prepared and processed withdrawal of subpoena (.2) | RKH | 0.3 | | 300.00 | 90.00 |
| 8/26/2013 | E-mail correspondence with Grace_Cretcher@ohsd.uscourts.gov regarding Wilson v. D&N Masonry, Inc., et al., 1:12cv922 (IMMEDIATE ATTENTION REQUIRED) | RKH | 0.1 | | 300.00 | 30.00 |
| 8/27/2013 | Attend telephone prejudgment attachment hearing | JJG | 0.2 | | 300.00 | 60.00 |
| 8/27/2013 | E-mail correspondence with 'Steve Winesett' regarding pre-judgment attachment order and inclusion of language prohibiting D&N interference | RKH | 0.1 | | 300.00 | 30.00 |
| 8/27/2013 | Intra-office conference concerning hearing on PJA and motion to withdraw | JJG | 0.2 | | 300.00 | 60.00 |
| 8/27/2013 | Prepared for and attended pre-judgment attachment hearing (.9); Prepared and processed revised attachment order with anwers of garnishees (2.0) | RKH | 2.9 | | 300.00 | 870.00 |

**Balance Due**

**Mangano Law Offices Co., L.P.A.**
2245 Warrensville Center Road
Suite 213
Cleveland, OH 44118

# For Legal Services

**Invoice #:** 7672
**Invoice Date:** 12/23/2013
**Due Date:** 12/23/2013

**Bill To:**

Jessie Wilson
148 Martz St
Dayton OH 45403

D&N Masonry W&H

| Date | Description | Item | Hours/Qty | U/M | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/27/2013 | E-mail correspondence with 'PRIMEMASONRYINC@aol.com' regarding RE: Prime Masonry Construction Inc's response to subpoena | RKH | 0.2 | | 300.00 | 60.00 |
| 8/28/2013 | Examined second set of responsive documents from Prime Masonry as potential successor | RKH | 0.5 | | 300.00 | 150.00 |
| 8/28/2013 | Prepared correspondence to Candor Construction re: order of attachment | RKH | 0.1 | | 300.00 | 30.00 |
| 8/28/2013 | Prepared email correspondence to Jarrett Construction re: order of attachment | RKH | 0.1 | | 300.00 | 30.00 |
| 8/28/2013 | Intra-office conference regarding successor status | JJG | 0.3 | | 300.00 | 90.00 |
| 8/28/2013 | Prepared correspondence to West Virginia Division of Labor re: attachment order | RKH | 0.1 | | 300.00 | 30.00 |
| 8/29/2013 | Conferred with witness Ron Staas re: information on Prime Masonry as potential source of collection (.1); Visited Prime Mason US Bank construction site to gather evidence for purposes of attachment/collection (.8); Prepared additional attachment paperwork for Clerk to send with attachment order (.5); Examined photos from Prime's Huber Heights project with D&N equipment and vehicles on site, preparing supplement pleading strategy (.5) | RKH | 1.9 | | 300.00 | 570.00 |
| 8/29/2013 | Conferred with Sheetz re: lack of responsive documents | RKH | 0.1 | | 300.00 | 30.00 |
| 8/29/2013 | Conferred with Candor counsel re: order of attachment | RKH | 0.1 | | 300.00 | 30.00 |

**Balance Due**

**Mangano Law Offices Co., L.P.A.**
2245 Warrensville Center Road
Suite 213
Cleveland, OH 44118

# For Legal Services

**Invoice #:** 7672
**Invoice Date:** 12/23/2013
**Due Date:** 12/23/2013

**Bill To:**

Jessie Wilson
148 Martz St
Dayton OH 45403

D&N Masonry W&H

| Date | Description | Item | Hours/Qty | U/M | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/30/2013 | Prepared witness list | RKH | 1.0 | | 300.00 | 300.00 |
| 8/30/2013 | E-mail correspondence with Nick DeBello regarding Re: Prime Masonry Construction Inc | RKH | 0.1 | | 300.00 | 30.00 |
| 9/3/2013 | Conferred with Candor counsel re: answer form and holding funds in truste pending further court order | RKH | 0.2 | | 300.00 | 60.00 |
| 9/4/2013 | Conferred with Steve Ruble re: additional pending projects to garnish/attach | RKH | 0.1 | | 300.00 | 30.00 |
| 9/9/2013 | E-mail correspondence with Bill Blancato re Candor Answer | RKH | 0.1 | | 300.00 | 30.00 |
| 9/11/2013 | E-mail correspondence with Liz Farber, WV assistant attorney general re: attachment order | RKH | 0.2 | | 300.00 | 60.00 |
| 9/17/2013 | E-mail correspondence with ShellyDuncan@BigLots.com regarding Wilson, Jesse v. D&N Masonry, Inc., et al. - Subpoena Response | RKH | 0.1 | | 300.00 | 30.00 |
| 9/20/2013 | Conferred with Sheriff and prepared correspondence re: same re: Jarrett formal service of attachment order | RKH | 0.3 | | 300.00 | 90.00 |
| 9/20/2013 | Prepared final settlement strategy in light of 22K in garnishment proceeds, including stipulated judgment entry | RKH | 0.3 | | 300.00 | 90.00 |
| 9/23/2013 | Receive/docket ECF notice of Answer to Writ of Garnishment | DTS | 0.1 | | 125.00 | 12.50 |
| 10/7/2013 | Receive/docket ECF notice of Order to Show Cause | DTS | 0.1 | | 125.00 | 12.50 |
| 10/7/2013 | Calendar show cause order deadline | DTS | 0.1 | | 125.00 | 12.50 |
| 10/11/2013 | Receive/docket ECF filing of Acknowledgment of Service | DTS | 0.1 | | 125.00 | 12.50 |
| 10/14/2013 | Research re: effect of failure to list creditor in Chapter 11 bankruptcy | DTS | 2.5 | | 125.00 | 312.50 |

**Balance Due**

**Mangano Law Offices Co., L.P.A.**  
2245 Warrensville Center Road  
Suite 213  
Cleveland, OH 44118

**For Legal Services**

Invoice #: 7672  
Invoice Date: 12/23/2013  
Due Date: 12/23/2013

**Bill To:**

Jessie Wilson  
148 Martz St  
Dayton OH 45403

D&N Masonry W&H

| Date | Description | Item | Hours/Qty | U/M | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/14/2013 | E-mail from RKH re: bankruptcy research needed | DTS | 0.1 | | 125.00 | 12.50 |
| 10/15/2013 | E-mail to RKH regarding D&N Masonry bankruptcy and research on same | DTS | 0.2 | | 125.00 | 25.00 |
| 10/15/2013 | Research re: bankruptcy issues | DTS | 0.2 | | 125.00 | 25.00 |
| 10/16/2013 | Telephone call to plaintiff with case update | DTS | 0.1 | | 125.00 | 12.50 |
| 10/16/2013 | E-mail exchange with RKH regarding communication Wilson | DTS | 0.2 | | 125.00 | 25.00 |
| 10/17/2013 | Conferred with West Virginia AAG Farber re: certification of Wilson pre-judgment attachment; Prepared draft certification letter to Commissioner of Labor to release wage bonds | RKH | 1.2 | | 300.00 | 360.00 |
| 10/18/2013 | E-mail exchange with RKH regarding D&N bankruptcy and research needed | DTS | 0.2 | | 125.00 | 25.00 |
| 10/18/2013 | Telephone call with RKH re: status of case | DTS | 0.2 | | 125.00 | 25.00 |
| 10/18/2013 | Prepared second draft of Division of Labor certification after conference with AAG Liz Farber | RKH | 0.6 | | 300.00 | 180.00 |
| 10/18/2013 | E-mail from RKH regarding D&N Masonry - Commissioner's certification | DTS | 0.1 | | 125.00 | 12.50 |
| 10/18/2013 | Various correspondence with Platte River counsel re: settlement (.6); Prepared conditional settlement entry (.3); Conferred with chambers re: settlement (.2) | RKH | 1.1 | | 300.00 | 330.00 |
| 10/18/2013 | Researched case law re: turnover motion and bonds as property of estate | RKH | 0.4 | | 300.00 | 120.00 |
| 10/21/2013 | Receive/docket ECF filing of Notice of Appearance and Request for Service Under BR 9010 | DTS | 0.1 | | 125.00 | 12.50 |

**Balance Due**

**Mangano Law Offices Co., L.P.A.**  
2245 Warrensville Center Road  
Suite 213  
Cleveland, OH 44118

**For Legal Services**

Invoice #: 7672  
Invoice Date: 12/23/2013  
Due Date: 12/23/2013

**Bill To:**

Jessie Wilson  
148 Martz St  
Dayton OH 45403

D&N Masonry W&H

| Date | Description | Item | Hours/Qty | U/M | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/21/2013 | E-mail from RKH regarding D&N Bankruptcy | DTS | 0.1 | | 125.00 | 12.50 |
| 10/21/2013 | Prepared and processed notice of appearance and pro hac vice application | RKH | 1.3 | | 300.00 | 390.00 |
| 10/22/2013 | Calendar important D&N Bankruptcy dates | DTS | 0.2 | | 125.00 | 25.00 |
| 10/22/2013 | Receive/docket ECF notice of Proposed Order re: Motion to Expedite Hearing | DTS | 0.1 | | 125.00 | 12.50 |
| 10/22/2013 | Receive/docket ECF filing of Notice of Appearance and Request for Service Under BR 9010 | DTS | 0.1 | | 125.00 | 12.50 |
| 10/22/2013 | E-mail exchange with RKH re: case file | DTS | 0.1 | | 125.00 | 12.50 |
| 10/22/2013 | Receive/docket ECF filing of Proposed Order re: Motion to Expediate Hearing | DTS | 0.1 | | 125.00 | 12.50 |
| 10/22/2013 | Receive/docket ECF filing of Statement of Visiting Attorney | DTS | 0.1 | | 125.00 | 12.50 |
| 10/23/2013 | Receive/docket ECF notice of Order on Motion to Expedite Hearing | DTS | 0.1 | | 125.00 | 12.50 |
| 10/23/2013 | Researched case law re: turnover of Candor contract proceeds and preference/priority of attachment lien within the 90 day preference period (1.8); Conferred by phone and email with Bankruptcy Clerk re: hearing date on cash bond turnover (.3); Conferred with W. Va. Assistant Atty. General Farber re: hearing strategy (.2) | RKH | 2.3 | | 300.00 | 690.00 |
| 10/24/2013 | Receive/docket ECF filing of Proposed Order | DTS | 0.1 | | 125.00 | 12.50 |
| 10/24/2013 | Receive/docket ECF filing of Proposed Order | DTS | 0.1 | | 125.00 | 12.50 |
| 10/24/2013 | Receive/docket ECF filing of Proposed Order | DTS | 0.1 | | 125.00 | 12.50 |

**Balance Due**

**Mangano Law Offices Co., L.P.A.**  
2245 Warrensville Center Road  
Suite 213  
Cleveland, OH 44118

# For Legal Services

**Invoice #:** 7672  
**Invoice Date:** 12/23/2013  
**Due Date:** 12/23/2013

**Bill To:**

Jessie Wilson  
148 Martz St  
Dayton OH 45403

D&N Masonry W&H

| Date | Description | Item | Hours/Qty | U/M | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/24/2013 | Receive/docket ECF filing of PDF with attached Audio File | DTS | 0.1 | | 125.00 | 12.50 |
| 10/24/2013 | E-mail from RKH regarding Audio PDF and research needed | DTS | 0.1 | | 125.00 | 12.50 |
| 10/24/2013 | Receive/docket ECF fling of Proposed Order | DTS | 0.1 | | 125.00 | 12.50 |
| 10/24/2013 | Examined research provided by West Virginia Division of Labor's counsel re: stay and bonds not part of estate | RKH | 0.3 | | 300.00 | 90.00 |
| 10/24/2013 | Prepared bankruptcy turn over motion settlement strategy; Conferred with opposing counsel re: same | RKH | 0.6 | | 300.00 | 180.00 |
| 10/27/2013 | Receive/docket ECF filing of BNC Certificate of Mailing (D&N Bankruptcy) | DTS | 0.1 | | 125.00 | 12.50 |
| 10/28/2013 | Receive/dockete ECF filing of Notice of Appearance and Request for Service | DTS | 0.1 | | 125.00 | 12.50 |
| 10/28/2013 | Receive/docket ECF notice of Conditional Order of Dismissal of Plaintiff's Claims Against Platte River | DTS | 0.1 | | 125.00 | 12.50 |
| 10/28/2013 | E-mail exchanges between RKH and opposing counsel regarding D&N Masonry bankruptcy | DTS | 0.3 | | 125.00 | 37.50 |
| 10/28/2013 | Receive/docket ECF notice of Proposed Agreed Order | DTS | 0.1 | | 125.00 | 12.50 |
| 10/28/2013 | Prepared and processed proposed order re: turn over of wage bond and Candor contract proceeds (1.5); Various settlement correspondence re: claims against bonds and Candor proceeds (1.0) | RKH | 2.5 | | 300.00 | 750.00 |
| 10/29/2013 | Receive/docket ECF notice of Hearing Held (D&N Bankruptcy) | DTS | 0.1 | | 125.00 | 12.50 |
| 10/29/2013 | Receive/docket ECF notice of Hearing Held (D&N Bankruptcy) | DTS | 0.1 | | 125.00 | 12.50 |

**Balance Due**

**Mangano Law Offices Co., L.P.A.**
2245 Warrensville Center Road
Suite 213
Cleveland, OH 44118

# For Legal Services

**Invoice #:** 7672
**Invoice Date:** 12/23/2013
**Due Date:** 12/23/2013

**Bill To:**

Jessie Wilson
148 Martz St
Dayton OH 45403

D&N Masonry W&H

| Date | Description | Item | Hours/Qty | U/M | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/29/2013 | Receive/docket ECF notice of Hearing Held (D&N Bankruptcy) | DTS | 0.1 | | 125.00 | 12.50 |
| 10/29/2013 | E-mail correspondence with Farber, Elizabeth G regarding RE: 3:13-bk-30512 CH11 Proposed Agreed Order - D & N MASONRY, INC. | RKH | 0.1 | | 300.00 | 30.00 |
| 10/31/2013 | Research re: whether automatic stay applies to alleged successor company or alter ego (D&N Bankruptcy); organize case file | DTS | 2.7 | | 125.00 | 337.50 |
| 10/31/2013 | E-memo to RKH regarding alter ego research | DTS | 0.1 | | 125.00 | 12.50 |
| 10/31/2013 | E-mail from RKH regarding alter ego research | DTS | 0.1 | | 125.00 | 12.50 |
| 10/31/2013 | E-mail correspondence with 'David.L.Bissett@usdoj.gov' regarding D & N MASONRY, INC., Case No. 3:13-bk-30512 and fradulent transfers (.2); Researched case law re: effect of stay on successor entities (.3) | RKH | 0.5 | | 300.00 | 150.00 |
| 11/1/2013 | E-mail to RKH with case pulled from Lexis | DTS | 0.1 | | 125.00 | 12.50 |
| 11/1/2013 | Various e-mail correspondence with Bissett, David L (USTP) regarding RE: D & N MASONRY, INC., Case No. 3:13-bk-30512 re: fradulent transfers | RKH | 0.5 | | 300.00 | 150.00 |
| 11/4/2013 | E-mail from RKH re: status of bankruptcy hearing (D&N Bankruptcy) | DTS | 0.1 | | 125.00 | 12.50 |
| 11/4/2013 | Telephone calls to court re: hearing date (D&N Bankruptcy) | DTS | 0.2 | | 125.00 | 25.00 |
| 11/4/2013 | E-mail exchange with RKH regarding status of hearing (D&N Bankruptcy) | DTS | 0.1 | | 125.00 | 12.50 |

**Balance Due**

**Mangano Law Offices Co., L.P.A.**  
2245 Warrensville Center Road  
Suite 213  
Cleveland, OH 44118

# For Legal Services

**Invoice #:** 7672  
**Invoice Date:** 12/23/2013  
**Due Date:** 12/23/2013

**Bill To:**

Jessie Wilson  
148 Martz St  
Dayton OH 45403

D&N Masonry W&H

| Date | Description | Item | Hours/Qty | U/M | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/4/2013 | E-mail to RKH regarding telephone calls to court about status of hearing (D&N Bankruptcy) | DTS | 0.1 | | 125.00 | 12.50 |
| 11/5/2013 | Receive/docket ECF notice of Clerk's Entry of Default | DTS | 0.1 | | 125.00 | 12.50 |
| 11/5/2013 | Receive/docket ECF notice of Order to Show Cause | DTS | 0.1 | | 125.00 | 12.50 |
| 11/5/2013 | E-mail to Amy Mangano regarding Application to enter Default | DTS | 0.1 | | 125.00 | 12.50 |
| 11/5/2013 | Telephone calls to court re: status of hearing (D&N Bankruptcy) | DTS | 0.1 | | 125.00 | 12.50 |
| 11/5/2013 | E-mail to RKH regarding status of hearing (D&N Bankruptcy) | DTS | 0.1 | | 125.00 | 12.50 |
| 11/5/2013 | Calendar deadline to seek default judgment | DTS | 0.1 | | 125.00 | 12.50 |
| 11/5/2013 | E-mail exchange with RKH regarding Order to Show Cause | DTS | 0.1 | | 125.00 | 12.50 |
| 11/5/2013 | Calendar amended deadline to seek default judgment | DTS | 0.1 | | 125.00 | 12.50 |
| 11/5/2013 | Receive/docket ECF filing of Application to enter Default | DTS | 0.1 | | 125.00 | 12.50 |
| 11/5/2013 | E-mail from RKH regarding Application to enter Default | DTS | 0.1 | | 125.00 | 12.50 |
| 11/5/2013 | Receive/docket ECF notice of Order on Motion for Turnover of Property (D&N Bankruptcy) | DTS | 0.1 | | 125.00 | 12.50 |
| 11/5/2013 | Receive/docket ECF notice of Order on Motion for Turnover of Property (D&N Bankruptcy) | DTS | 0.1 | | 125.00 | 12.50 |
| 11/5/2013 | Prepared for and attended call with US Trustee re: D&N Fraudulent Conveyances | RKH | 1.0 | | 300.00 | 300.00 |
| 11/5/2013 | Prepared and processed Application to enter Default | RKH | 0.4 | | 300.00 | 120.00 |

**Balance Due**

**Mangano Law Offices Co., L.P.A.**
2245 Warrensville Center Road
Suite 213
Cleveland, OH 44118

# For Legal Services

**Invoice #:** 7672
**Invoice Date:** 12/23/2013
**Due Date:** 12/23/2013

**Bill To:**

Jessie Wilson
148 Martz St
Dayton OH 45403

D&N Masonry W&H

| Date | Description | Item | Hours/Qty | U/M | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/6/2013 | Receive/docket ECF notice of Clerk's Entry of Default | DTS | 0.1 | | 125.00 | 12.50 |
| 11/6/2013 | Receive/docket ECF filing of Suggestion of Bankruptcy | DTS | 0.1 | | 125.00 | 12.50 |
| 11/6/2013 | Prepared and processed Suggestion of Bankruptcy | RKH | 0.5 | | 300.00 | 150.00 |
| 11/7/2013 | Receive/docket ECF notice of Hearing Held/Not Held (D&N Bankruptcy) | DTS | 0.1 | | 125.00 | 12.50 |
| 11/7/2013 | Receive/docket ECF filing of Proof of Claim (D&N Bankruptcy) | DTS | 0.1 | | 125.00 | 12.50 |
| 11/8/2013 | Receive/docket ECF notice of Order on Motion for Turnover of Property (D&N Bankruptcy) | DTS | 0.1 | | 125.00 | 12.50 |
| 11/8/2013 | Receive/docket ECF notice of Order on Motion for Turnover of Property | DTS | 0.1 | | 125.00 | 12.50 |
| 11/11/2013 | Receive/docket ECF notice of BNC Certificate of Mailing (D&N Bankruptcy) | DTS | 0.1 | | 125.00 | 12.50 |
| 11/12/2013 | Receive/docket ECF filing of Proposed Order (D&N Bankruptcy) | DTS | 0.1 | | 125.00 | 12.50 |
| 11/12/2013 | Receive/docket ECF filing of Tax Documents (D&N Bankruptcy) | DTS | 0.1 | | 125.00 | 12.50 |
| 11/12/2013 | Receive/docket ECF filing of Tax Documents (D&N Bankruptcy) | DTS | 0.1 | | 125.00 | 12.50 |
| 11/12/2013 | Receive/docket ECF notice of Order Staying Case Against D&N Masonry only | DTS | 0.1 | | 125.00 | 12.50 |
| 11/12/2013 | Examined order staying case | RKH | 0.1 | | 300.00 | 30.00 |
| 11/14/2013 | Receive/docket Order on Motion for Turnover of Property (D&N Bankruptcy) | DTS | 0.1 | | 125.00 | 12.50 |
| 11/17/2013 | Receive/docket ECF filing of Order on Motion for Turnover of Property (D&N Bankruptcy) | DTS | 0.1 | | 125.00 | 12.50 |
| 11/19/2013 | E-mail from RKH regarding service of Motion for Default Judgment | DTS | 0.1 | | 125.00 | 12.50 |

**Balance Due**

**Mangano Law Offices Co., L.P.A.**  
2245 Warrensville Center Road  
Suite 213  
Cleveland, OH 44118

# For Legal Services

**Invoice #:** 7672  
**Invoice Date:** 12/23/2013  
**Due Date:** 12/23/2013

**Bill To:**

Jessie Wilson  
148 Martz St  
Dayton OH 45403

D&N Masonry W&H

| Date | Description | Item | Hours/Qty | U/M | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/19/2013 | Receive/docket ECF filing of Motion for Default Judgment | DTS | 0.1 | | 125.00 | 12.50 |
| 11/19/2013 | Prepared and processed default judgment motion, declaration, and exhibits attached to same | RKH | 2.1 | | 300.00 | 630.00 |
| 11/20/2013 | E-mail exchange with AKM re: service of Motion for Default Judgment | DTS | 0.2 | | 125.00 | 25.00 |
| 11/22/2013 | Receive/docket ECF filing of OBWC Proof of Claim (D&N Bankruptcy) | DTS | 0.1 | | 125.00 | 12.50 |
| 11/25/2013 | Calendar final pretrial conference date | DTS | 0.1 | | 125.00 | 12.50 |
| 11/25/2013 | Receive/docket ECF Notice of Hearing | DTS | 0.1 | | 125.00 | 12.50 |
| 12/6/2013 | Receive/docket ECF filing of Proof of Claim (IRS) (D&N Bankruptcy) | DTS | 0.1 | | 125.00 | 12.50 |
| 12/6/2013 | Receive/docket ECF filing of Schedules/Statements (D&N Bankruptcy) | DTS | 0.1 | | 125.00 | 12.50 |
| 12/6/2013 | E-mail from RKH with letter Junkins with check to WVA Division of Labor | DTS | 0.1 | | 125.00 | 12.50 |
| 12/6/2013 | Receive/docket ECF filing of Proof of Claim (Bleyenberg) (D&N Bankruptcy) | DTS | 0.1 | | 125.00 | 12.50 |
| 12/10/2013 | Receive/docket ECF notice of Meeting of Creditors Held (D&N Bankruptcy) | DTS | 0.1 | | 125.00 | 12.50 |
| 12/10/2013 | Receive/docket ECF notice of Inability to Appoint Creditors' Committee (D&N Bankruptcy) | DTS | 0.1 | | 125.00 | 12.50 |
| 12/10/2013 | E-mail to RKH regarding Notice of Inability to Appoint Creditors' Committee (D&N Bankruptcy) | DTS | 0.1 | | 125.00 | 12.50 |
| 12/11/2013 | E-mail from RKH with D & N Payout Calculations | DTS | 0.1 | | 125.00 | 12.50 |
| 12/13/2013 | E-mail from RKH with Creditors Meeting Recording | DTS | 0.1 | | 125.00 | 12.50 |

| **Balance Due** | $21,630.00 |
|---|---|