**Mangano Law Offices Co., L.P.A.**  
2245 Warrensville Center Road  
Suite 213  
Cleveland, OH 44118

# For Legal Services

**Invoice #:** 7753  
**Invoice Date:** 1/1/2014  
**Due Date:** 1/1/2014

**Bill To:**

Jessie Wilson  
148 Martz St  
Dayton OH 45403

D&N Masonry W&H

| Date | Description | Item | Hours/Qty | U/M | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/6/2013 | E-mail and telephone correspondence with 'Farber, Elizabeth G' regarding WV Bond Proceeds distribution (.3); Conferred with Platte River counsel Lee Brewer re: same (.2) | RKH | 0.5 | | 300.00 | 150.00 |
| 12/6/2013 | Email and telephone correspondence with US Trustee in Bankruptcy matter re: creditor's meeting and documents with which to question debtor re: fraudulent transfers, etc. to new company | RKH | 0.8 | | 300.00 | 240.00 |
| 12/9/2013 | Prepared request for D&N Masonry Creditor's Meeting recording | RKH | 0.2 | | 300.00 | 60.00 |
| 12/16/2013 | Receive/docket ECF filing of Proof of Claim from Sunbelt Rentals (D&N Bankruptcy) | DTS | 0.1 | | 125.00 | 12.50 |
| 12/20/2013 | Prepared accounting of WV Bond Proceeds, conferring with client re: execution and distribution of same | RKH | 0.7 | | 300.00 | 210.00 |
| 12/21/2013 | Prepared accounting and met with client re: West Virginia bond proceeds and further collection efforts | RKH | 1.0 | | 300.00 | 300.00 |
| 12/21/2013 | Prepared accounting and met with client re: West Virginia bond proceeds and further collection efforts (1.0); Examined creditor's meeting hearing recording/transcript (.4) | RKH | 1.4 | | 300.00 | 420.00 |
| 12/23/2013 | Prepared and processed subpoena duces tecum directed to MacDougall Pierce re: masonry subcontracts for purposes of attachment/garnishment, including correspondence to MacDougall Pierce enclosing a courtesy copy of same (.7); Conferred with investigator re: | RKH | 1.0 | | 300.00 | 300.00 |

**Balance Due**

**Mangano Law Offices Co., L.P.A.**  
2245 Warrensville Center Road  
Suite 213  
Cleveland, OH 44118

# For Legal Services

**Invoice #:** 7753  
**Invoice Date:** 1/1/2014  
**Due Date:** 1/1/2014

**Bill To:**

Jessie Wilson  
148 Martz St  
Dayton OH 45403

D&N Masonry W&H

| Date | Description | Item | Hours/Qty | U/M | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/23/2013 | Prepared facsimile correspondence to MacDougall Pierce re: questions about subpoena served to obtain information related to Nick DeBello's work on Columbus, Ohio walmart | RKH | 0.3 | | 300.00 | 90.00 |
| 12/27/2013 | Researched Don, Nick, and Cathy DeBello assets for pre-judgment attachment, including properties in Warren County and amounts payable due to receiver's sale of 35 Eagle Court | RKH | 0.5 | | 300.00 | 150.00 |
| 12/30/2013 | Examined bankruptcy monthly report of operating expenses for Oct 2013 | RKH | 0.2 | | 300.00 | 60.00 |
| 12/31/2013 | Prepared follow up correspondence to MacDougal Pierce re: failure to respond to subpoena | RKH | 0.1 | | 300.00 | 30.00 |
| 12/31/2013 | E-mail correspondence with 'mtichenor@mpconstr.com' regarding Subpoena - Columbus WalMart | RKH | 0.2 | | 300.00 | 60.00 |

| **Balance Due** | $2,082.50 |
|---|---|